**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**



U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 23 P 4 37

CLERK _J. LaVictoria_
SO. DIST. OF GA.

WILLIE C. CUMMINGS,

      Plaintiff,

vs.

PCC AIRFOILS, INC.,

      Defendant.

CIVIL ACTION NO.: CV504-104

### O R D E R

    PCC Airfoils, Inc., has filed a Motion to Dismiss With Prejudice. (Doc. 9.) As this case was dismissed by order of Chief Judge William T. Moore, Jr., dated June 15, 2005, Defendant's Motion to Dismiss With Prejudice is **dismissed** as moot.

    **SO ORDERED**, this _23_ day of June, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE